IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CT-3167-BO

| | |
|---|---|
| WILLIAM J. POWELL, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SHANTICIA HAWKINS, *et al.*, | ) |
| Defendants. | ) |

On January 7, 2016, Magistrate Judge Numbers issued an Order and Memorandum and Recommendation ("M & R") [D.E. 14]. In that Order and M & R, Judge Numbers recommended that the court deny plaintiff's motion for a preliminary injunction [D.E. 11] and that the court dismiss without prejudice plaintiff's § 1983 complaint [D.E. 1] due to plaintiff's failure to exhaust his administrative remedies. Plaintiff did not file objections to the M & R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond. 416 F.3d at 315 (quotation omitted).

The court has reviewed the M & R, the record, and the plaintiff's complaint. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M & R [D.E. 14].

Plaintiff's motion for a preliminary injunction [D.E. 11] is DENIED and plaintiff's complaint [D.E. 1] is DISMISSED without prejudice. The clerk shall close the case.

SO ORDERED. This __16__ day of February 2016.

*Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge